**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, Ca 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE RIDOLA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEVENS CREEK SURPLUS DEPARTMENT STORES INC. et al.<br><br>　　　　Defendants. | Case No. 3:19-cv-04033-RS<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

RACHELLE RIDOLA ("Plaintiff") and STEVENS CREEK SURPLUS DEPARTMENT STORES INC and HOWARD D. SUSMAN (collectively, "Defendants") stipulate and respectfully request pursuant to F. R. Civ. P 41(a) that this action be dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The parties also request that the Court retain jurisdiction over the settlement

---

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
1

agreement in accordance with General Order No. 56.

                                              Respectfully submitted,

Dated: January 14, 2021           */s/ Irakli Karbelashvili*
                                              Irakli Karbelashvili, Attorney for
                                              Plaintiff RACHELLE RIDOLA

Dated: January 12, 2021           */s/ Thomas E. Lombardi*
                                              Thomas E. Lombardi, Attorney for
                                              Defendants STEVENS CREEK
                                              SURPLUS DEPARTMENT STORES
                                              INC and HOWARD D. SUSMAN

### Filer's Attestation

I attest that I received concurrence from the signatories in the filing of this document.

                                                         /s/
                                                Irakli Karbelashvili

## ORDER

Having reviewed the parties' stipulation, and good cause shown, this action is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement. The Order to Show Cause Hearing is vacated, and the Clerk is directed to close the case file.

**IT IS SO ORDERED.**

Date: January 14, 2021

_____
United States District Judge